**RECORD OF MAGISTRATE'S PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET #: 1:21-mj-31 |
| vs | DATE OF COMPLAINT: |
| JEREMY J. VOROUS | CRIMINAL DOCKET NUMBER: |
| | DATE OF INDICTMENT: |
| | STATUTE: 18:1752(a)(1) and (2), 40:5104(e)(2)(D) and (G) and 18:1512(c)(2) |

DATE ARRESTED: 3/26/2021

## INITIAL APPEARANCE

Before Magistrate: [ ] LENIHAN  [ ] EDDY  [ ] MITCHELL  [x] LANZILLO  [ ] KELLY  [ ] PESTO

Date: 3/26/2021
Time: 11:51 am – 12:03 pm
Casette Tape #:
Tape Index:

U. S. ATTORNEY: Christian A. Trabold, AUSA

1. **RIGHTS EXPLAINED**

2. **COMPLAINT/INDICTMENT/INFORMATION:**
   [ ] Read  [x] Summarized  [x] Reading waived
   [ ] Defendant provided with a copy of the charges
   [ ] Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   [ ] Read  [x] Summarized  [x] Reading waived

4. **COUNSEL**  [x] Defendant requested appointment  [ ] Defendant waived appointment
   [ ] Defendant represented by:
   [ ] Defendant expects to retain:
   [ ] Affidavit executed. (to be executed)
   [ ] Not Qualified  [ ] Qualified  [ ] with possible requirement for partial or full payment
   [ ] Federal Public Defender appointed
   [x] CJA Panel Attorney  Komron Maknoon  appointed

5. **BAIL**
   Recommended Bond:
   Bond Set at:
   [x] By Consent  [ ] Additional Conditions Imposed:
   [ ] By Magistrate
   [ ] Bond Posted
   [ ] Temporary Commitment issued  [ ] Final Commitment issued
   Bond Review Hearing Set For:
   Detention Hearing Set For:

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

   Preliminary Exam/Identity Hrg set for: 4/1/21 at 2 pm  Before Magistrate Richard A. Lanzillo

ADDITIONAL COMMENTS: Held by video conference with full consent. ***A hearing regarding possible modifications of conditions of release will be conducted at the date and time set for the Identity/Preliminary Hearings