IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEREMY J. VOROUS )<br>Defendant. ) | Criminal No. 1:21-mj-31 |

## ORDER APPOINTING COUNSEL

AND NOW, this day of, 2020, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, Attorney Komron John Maknoon is appointed as CJA counsel for defendant pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective March 26, 2021.

_____
RICHARD A. LANZILLO
United States Magistrate Judge