**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. NO. 1:21-mj-31 |
| | ) |
| JEREMY J. VOROUS | ) |
| | ) |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Administrative Order 20-mc-466, this Court finds:

__X__ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

__X__ Video Teleconferencing

____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  ____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  ____ Other:

Date: 3/26/21

_____
United States Magistrate Judge