IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:21-MJ-28 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JEREMY VOROUS, | ) | The Honorable Richard A. Lanzillo |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this ___ day of ___ 2021, upon consideration of the within Motion to Continue Preliminary Examination and Identity Hearing, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's motion is GRANTED.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (April 1, 2021 through April 16, 2021) be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred are due on or before _____, 2021.

**BY THE COURT:**

_____

Richard A. Lanzillo
United States Magistrate Judge