# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-MJ-31 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JEREMY VOROUS, | ) | The Honorable Richard A. Lanzillo |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 31st day of Mar. 2021, upon consideration of the within Motion to Continue Preliminary Examination and Identity Hearing, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's motion is GRANTED.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (April 1, 2021 through April 19, 2021) be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that the preliminary and identity hearings will be held on Monday, April 19, 2021 at 1:30 p.m. by Zoom video conferencing.

BY THE COURT:

_____

Richard A. Lanzillo
United States Magistrate Judge